# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                         Case No. 8:05-CR-164-T-30

**WAYNE RICHARD HAWKINS BRITTON**
_____/

## ORDER AND AMENDED JUDGMENT

Before the Court is the Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P 35(b). (D-180.)

Defendant pled guilty to one count of conspiracy to possess with intent to distribute 5 kilograms or more of cocaine in violation of 46 App. U.S.C. §§ 1903(a) and (g). On October 19, 2005, the Court sentenced Defendant to a term of imprisonment of 135 months.

The Government filed a motion for a sentence reduction pursuant to Fed.R.Crim.P. 35(b) and 18 U.S.C. § 3553(e). The Government states that it considers Defendant's continued cooperation as substantial assistance. The Government therefore recommends that Defendant be awarded a six-level reduction in sentence. Furthermore, the Government recommends a sentence at the low end of the guideline range. Defendant's

attorney telephonically advised that he did not request a hearing.

The Court has fully considered the motion of the Government requesting reduction of the sentence imposed upon the Defendant and the evaluation by the Government of the assistance provided by the Defendant. The Court finds that the Defendant, Wayne Richard Hawkins Britton, in-fact, substantially assisted the Government in the manner described in the Government's memorandum. The Court therefore GRANTS the Government's motion and departs downward six levels due to Defendant's substantial assistance. Given that departure, the Guideline Range determined by the Court is as follows:

Total Offense Level: 27

Criminal History Category: I

Imprisonment Range: 70 to 87 months

Supervised Release Range: 3 to 5 years

Fine Range: $17,500 to $8,000,000.

The Court reduces Defendant's sentence to a term of incarceration of 70 months. All other aspects of the Defendant's October 28, 2005 Judgment are reaffirmed and ratified.

It is therefore ORDERED that:

1) The Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P 35(b) (D-180) is GRANTED in accordance with the foregoing.

2) Defendant's Judgment in a Criminal Case as to Wayne Richard Hawkins Britton is hereby AMENDED and MODIFIED, in accordance with the foregoing, to reflect the corrected Guideline Range as set forth above and a reduction in Defendant's term of imprisonment from 135 months to 70 months.

3) All previously imposed terms and conditions are ratified and confirmed.

DONE AND ORDERED at Tampa, Florida this 29th day of October, 2009.

_____
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE